No. 00–1554. RHEM, PERSONAL REPRESENTATIVE AND ADMINISTRATOR OF THE ESTATE OF RHEM, DECEASED, ET AL. v.

BRITAIN ET AL. C. A. 4th Cir. Certiorari denied. 